ORIGINAL

David S. Perkins, ISB No. 4381
Carsten A. Peterson, ISB No. 6373
QUANE SMITH LLP
Sixteenth Floor, U.S. Bank Plaza
101 South Capitol Boulevard
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660

Attorneys for Federal Defender Services of Idaho, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENDA BENTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEFENDER SERVICES OF IDAHO, INC., an Idaho corporation, and FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO, a Washington corporation,<br><br>Defendants. | Case No. CV-07-337-S-RT<br><br>NOTICE OF PENDING SETTLEMENT |

COMES NOW Defendant Federal Defender Services of Idaho, by and through its counsel of record, Quane Smith LLP, and hereby provides notice to the Court that the parties have reached a settlement of this lawsuit. The parties are in the process of drafting and executing a Release and Indemnity Agreement and will thereafter file a Stipulation for Dismissal with Prejudice.

NOTICE OF PENDING SETTLEMENT - 1

DATED this 29 day of May, 2008.

                  QUANE SMITH LLP

                  By _____
                  Carsten A. Peterson, Of the Firm
                  Attorneys for Federal Defender
                  Services of Idaho, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29 day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following CM/ECF Registered Participant:

| | | |
|---|---|---|
| Gerald T. Husch | [X] | CM/ECF System |
| C. Clayton Gill | [ ] | Hand-Delivered |
| Moffatt, Thomas, Barrett, Rock & | [ ] | Overnight Mail |
|    Fields, Chartered | [ ] | Facsimile (208) 385-5384 |
| 101 S. Capitol Blvd., 10th Floor | | |
| P.O. Box 829 | | |
| Boise, Idaho 83701 | | |
| | | |
| Nick J. Crawford | [X] | CM/ECF System |
| John M. Howell | [ ] | Hand-Delivered |
| Brassey Wetherell Crawford & | [ ] | Overnight Mail |
|    Garrett, LLP | [ ] | Facsimile (208) 344-7077 |
| 203 W. Main Street | | |
| P.O. Box 1009 | | |
| Boise, Idaho 83702 | | |

                  _____
                  Carsten A. Peterson