David S. Perkins, ISB No. 4381
Carsten A. Peterson, ISB No. 6373
QUANE SMITH LLP
Sixteenth Floor, U.S. Bank Plaza
101 South Capitol Boulevard
P. O. Box 519
Boise, Idaho  83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660

Attorneys for Federal Defender
   Services of Idaho, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENDA BENTLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL DEFENDER SERVICES OF IDAHO, INC., an Idaho corporation, and FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO, a Washington corporation,<br><br>        Defendants. | Case No. CV-07-337-S-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW Plaintiff, by and through her counsel of record, Moffatt, Thomas, Barrett, Rock & Fields, Chartered, Federal Defender Services of Idaho, Inc. ("FDSI"), by and through its counsel of record, Quane Smith LLP, and Federal Defenders of Eastern Washington and Idaho ("FDEWI"), by and through its counsel of

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

record, Brassey, Wetherell & Crawford, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs and attorney fees to any party.

DATED this 3rd day of July, 2008.

MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.

By_____
C. Clayton Gill, Of the Firm

DATED this 4th day of July, 2008.

BRASSEY WETHERELL CRAWFORD & GARRETT, LLP

By_____
Nick J. Crawford, Of the Firm

DATED this 15th day of July, 2008.

QUANE SMITH LLP

By_____
David S. Perkins, Of the Firm

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2