IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENDA BENTLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL DEFENDER SERVICES OF IDAHO, INC., an Idaho corporation, and FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO, a Washington corporation,<br><br>    Defendants. | Case No. CV-07-337-S-RT<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    A Stipulation for Dismissal with Prejudice having duly and regularly come before this Court, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled cause be and the same hereby is dismissed with prejudice and without costs and attorney fees to any party.

    IT IS SO ORDERED.

DATED: July 16, 2008

                                                 /S/
                                       ROBERT J. TIMLIN
                                       UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1